IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| VICTOR RAMON<br>    Plaintiff, | §<br>§<br>§ | |
| v. | § | CASE NO. 7:21-cv-00076 |
| | §<br>§ | |
| STATE FARM LLOYDS<br>    Defendant. | §<br>§ | |

## JOINT NOTICE OF SETTLEMENT

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

COME NOW Plaintiff VICTOR RAMON and Defendant STATE FARM LLOYDS ("Parties"), and file this Joint Notice of Settlement as an advisory to the Court and respectfully state as follows:

1. On December 10, 2021, the Parties entered into an agreement to resolve this case.

2. The Parties anticipate that a Release, Indemnity and Settlement Agreement will be executed within 60 days. Once executed, a Joint Stipulation of Dismissal will be filed.

3. The parties respectfully request that any and all settings, including the December 15, 2021 Pre-Trial Conference be removed from the Court's docket, and that any and all other pretrial deadlines be vacated.

*(signature page to follow)*

Respectfully submitted,

*/s/ Elizabeth Sandoval Cantu*
Elizabeth Sandoval Cantu
Fed. ID No. 310028/ State Bar No. 24013455
ecantu@ramonworthington.com
**RAMÓN WORTHINGTON**
**NICOLAS & CANTU, PLLC**
1506 South Lone Star Way, Suite 5
Edinburg, Texas 78539
Telephone: 956-294-4800
Fax: 956-928-9564
**ATTORNEY IN CHARGE FOR DEFENDANT**

**Of Counsel:**
Sofia A. Ramon
Fed. ID No. 20871/ State Bar No. 00784811
sramon@ramonworthington.com
Dan K. Worthington
Fed. ID No. 15353/ State Bar No. 00785282
dworthington@ramonworthington.com
Stephen W. Bosky
Fed ID No. 3076205/State Bar No. 24087190
**RAMÓN WORTHINGTON**
**NICOLAS & CANTU, PLLC**
1506 South Lone Star Way, Suite 5
Edinburg, Texas 78539
Telephone: 956-294-4800
Fax: 956-928-9564
Electronic Service to:efile@ramonworthington.com
**Attorneys for Defendant**

-and-

Shaun W. Hodge
Fed. ID No. 1045838/State Bar No. 24052995
shodge@hodgefirm.com
**THE HODGE LAW FIRM, PLLC**
2211 The Strand, Suite 302
Galveston, Texas 77550
T: (409) 762-5000
F: (409) 763-2300
**ATTORNEY IN CHARGE FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

This is to certify that on December 13, 2021, a true and correct copy of the foregoing document has been served on all counsel of record in this cause, to-wit:

Shaun W. Hodge
Jahan Guram
**The Hodge Law Firm, PLLC**
Old Galveston Square Building
2211 Strand, Suite 302
Galveston, Texas 77550
shodge@hodgefirm.com
Telephone: (409) 762-5000
Facsimile: (409) 763-2300
**Attorneys for Plaintiff**

                                                          */s/ Elizabeth Sandoval Cantu*
                                                          Elizabeth Sandoval Cantu